

FILED

03/31/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0354

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0354

_____

IN RE THE MARRIAGE OF:

JILLIAN M. KNOLL,

     Petitioner and Appellee,

  v.

BUDDY D. VALENTINE,

     Respondent and Appellant.

_____

FILED

MAR 31 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant has filed a Motion to Dismiss Appeal. Good cause appearing, IT IS ORDERED that the case is DISMISSED WITH PREJUDICE.

DATED this 1st day of April, 2021.

For the Court,

_____
Chief Justice